Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, CA 90039
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIN SHERMAN and MATT WATSON, individually and on behalf of all others similarly situated; and MARK DAVID CHAMBERS, MIKE THERIAULT, JOEL JOHN RAMIREZ, and JEFF WRIGHT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLP RESOURCES, INC., FIRST SOLAR, INC., and DOES 1 to 20,<br><br>Defendants. | Case No. CV 12-8080-GW (PLAx) *consolidated with* Case No. CV 12-11037 GW (PLAx)<br><br>*Assigned to the Honorable George H. Wu*<br><br>**ORDER GRANTING JOINT STIPULATION TO ABIDE BY A CODE OF CONDUCT IN DEPOSITIONS** |
| ALLEN HEADLEY, MICHAEL WINGO, and COREY FOUNTAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLP RESOURCES, INC., and DOES 1 to 20,<br><br>Defendants. | |

Pursuant to the stipulation of the parties, it is hereby ORDERED that the parties in this action shall when in depositions, comply with the following:

Counsel and parties shall comply with FRCP 30(d)(1). Deposition objections must be as to privilege or form only. Speaking objections are prohibited. Under no circumstances should any counsel interject, "if you know," or otherwise coach a deponent. When a privilege is claimed, the witness should nevertheless answer questions relevant to the existence, extent or waiver of the privilege, such as the date of a communication, who made the statement, to whom and in whose presence the statement was made, other persons to whom the contents of the statement have been disclosed, and the general subject matter of the statement. Private conferences between deponents and attorneys in the course of the examination, including a line of related questions, are improper and prohibited except for the sole purpose of determining whether a privilege should be asserted.

IT IS SO ORDERED.

DATED: April 11, 2014

_____
Hon. George H. Wu

ORDER GRANTING JOINT STIPULATION TO ABIDE BY A CODE OF CONDUCT IN DEPOSITIONS