UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIN SHERMAN and MATT WATSON, individually and on behalf of all others similarly situated, MARK DAVID CHAMBERS, MIKE THERIAULT, JOEL JOHN RAMIREZ, and JEFF WRIGHT, individually,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CLP RESOURCES, INC., FIRST SOLAR, INC., and DOES 1 to 20,<br><br>　　　　　　　Defendants. | Case No. CV 12-8080 GW (PLAx) consolidated with Case No. CV 12-11037 GW (PLAx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| ALLEN HEADLEY, MICHAEL WINGO, and COREY FOUNTAIN, individually and on behalf of all others similarly situated;<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CLP RESOURCES, INC., and Does 1 to 20,<br><br>　　　　　　　Defendants. | |

1   The Parties have jointly submitted a proposed Protective Order to the Court
2   for approval.  The Court, having considered the proposed Protective Order, finds
3   that it should be, and hereby is, ENTERED in this case.  Therefore, PURSUANT
4   TO STIPULATION, IT IS SO ORDERED.

5
6
7   DATED:  September 29, 2014         _____
8                                      Paul L. Abrams
                                       United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28