JS-6

Alan Harris (SBN 146079)
aharris@harrisandruble.com
Priya Mohan (SBN 228984)
pmohan@harrisandruble.com
HARRIS & RUBLE
655 North Central Avenue, 17th Floor
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIN SHERMAN, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>CLP RESOURCES, INC., FIRST SOLAR, INC., and DOES 1 to 20,<br><br>　　　　Defendants. | Case No. **CV 12-8080-GW-PLAx**, *consolidated with* Case No. CV 12-11037-GW-PLAx<br><br>**ORDER RE: STIPULATION REGARDING FINAL JUDGMENT**<br><br>*Assigned to the Honorable George H. Wu* |
| ZACHARY CHRISTENSEN, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>CLP RESOURCES, INC., FIRST SOLAR, INC., TRUE BLUE, INC. AND DOES 1-20<br><br>　　　　Defendants | |

[PROPOSED] ORDER RE: STIPULATION REGARDING FINAL JUDGMENT

Having considered the Parties' Stipulation regarding Final Judgment, IT IS HEREBY ORDERED that:

1. On June 16, 2020, this Court entered an Order and Judgment granting Final Approval of the class action settlement which resolves the above-entitled actions [ECF Doc. 593];

2. The Court's August 6, 2020 Order clarifies the amounts to be paid by Defendants in satisfaction of the Settlement with the exception of the estimated employer-side payroll taxes.[1]

3. Defendants' payments required by the Settlement Agreement and as clarified in the August 6, 2020 Order, will be made to the Claims Administrator on or before September 8, 2020, as the time for any party to file an appeal of the Order and Judgment granting Final Approval of the class action settlement will have expired.

4. If the Parties file a Status Report with the Court by September 10, 2020 confirming that the required payments were made, the Status Conference scheduled for September 14, 2020 will be off calendar.

**IT IS SO ORDERED.**

Dated: August 11, 2020

HON. GEORGE H. WU
United States District Judge

---

[1] The Order also references the postcard notice costs, however, those were paid by Plaintiffs' counsel.